IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIFFANY LAMB,**

    Plaintiff,

vs.	4:05-CV-114-SPM

**UNITED STATES OF AMERICA,**

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the "Plaintiff's Notice of Settlement" (doc. 31) filed October 12, 2006 and Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>eighteenth</u> day of October, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge